**THARPE & HOWELL, LLP**
**15250 Ventura Boulevard, Ninth Floor**
**Sherman Oaks, California  91403**
**(818) 205-9955; (818) 205-9944 fax**

CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
STEPHANIE FORMAN, ESQ.; STATE BAR NO.: 195757
DIANA M. RIVERA, ESQ.; STATE BAR NO.: 222025

Attorneys for Defendant,
LOWE'S HOME CENTERS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CINDY FULLER,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC; and DOES 1 to 25, Inclusive,<br><br>　　　　　　　Defendants. | **Case No.:  2:18-cv-01129-MCE-AC**<br>[Assigned to Hon. Morrison C. England, Courtroom 7]<br><br>(*Solano County Superior Court Case No.: FCS05032*]<br><br>**ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

　　　In accordance with Plaintiff's request, this action is hereby dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).  The matter having now been concluded, the Clerk of Court is directed to close the file.

　　　IT IS SO ORDERED.

Dated:  September 15, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

- 1 -
ORDER